**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| ANNIE HILTON,<br><br>     Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC.,<br><br>     Defendant. | Case No. 1:26-cv-01705-MHC-CMS<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES, LLC.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, ANNIE HILTON, ("Plaintiff"), and Defendant, EQUIFAX INFORMATION SERVICES, LLC. ("EQUIFAX"), have reached a settlement in the above-captioned action. Plaintiff expects to file a Notice of Dismissal as to EQUIFAX once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete the settlement documents and notify this honorable Court of dismissal.

Dated: May 6, 2026

Respectfully submitted,

By: */s/ Mark A. Carey*
    Mark A. Carey
    Law Offices of Mark A. Carey
    5600 Roswell Road, Building C
    Sandy Springs, GA 30342
    T: (716) 853-9243
    E: markcareylaw@ymail.com

    Attorney for Plaintiff,
    ANNIE HILTON

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 6, 2026, I served Plaintiff ANNIE HILTON 's Notice of Settlement using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

By: */s/ Mark A. Carey*
    Mark A. Carey
    Law Offices of Mark A. Carey
    5600 Roswell Road, Building C
    Sandy Springs, GA 30342
    T: (716) 853-9243
    E: markcareylaw@ymail.com

    Attorney for Plaintiff,
    ANNIE HILTON