# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

ANNIE HILTON,

**Plaintiff,**

v.

EQUIFAX INFORMATION
SERVICES, LLC,

**Defendant.**

CIVIL ACTION FILE

NO. 1:26-CV-1705-MHC-CMS

## ORDER

The parties having informed the Court of settlement, the Court hereby **DIRECTS** the Clerk to administratively close this case. These parties shall file a dismissal upon finalization of the settlement documents. If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

**IT IS SO ORDERED** this 7th day of May, 2026.

_____
MARK H. COHEN
United States District Judge

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.